UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKIE REDDEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1044 HEA |
| | ) |
| JOAN MORIARTY, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This matter is before the Court on its own Motion. On September 16, 2008, the Court dismissed this action for failure to comply with the Court's Order of August 12, 2008 which required Petitioner to show cause why the case should not be dismissed for failure to exhaust available state remedies.

On September 2, 2008, the Court received Petitioner's show cause response, however, the response was inadvertently not docketed. Petitioner, therefore did respond to the Court's Order in a timely matter.

The Clerk of the Court is therefore ordered to docket Petitioner's pleading as of September 2, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that the Order of September 16, 2008 is

vacated and held for naught.

Dated this 22nd day of October , 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE